ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         -v.-                       :
                                    :   **UNSEALING ORDER**
GERY SHALON,                        :
    a/k/a "Garri Shalelashvili,"    :   15 Cr. 333
    a/k/a "Gabi,"                   :
    a/k/a "Phillipe Mousset,"       :
    a/k/a "Christopher Engeham,"    :
JOSHUA SAMUEL AARON,                :
    a/k/a "Mike Shields," and       :
ZIV ORENSTEIN,                      :
    a/k/a "Aviv Stein,"             :
    a/k/a "John Avery,"             :
                                    :
         Defendants.                :
                                    :
- - - - - - - - - - - - - - - - - - x

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Nicole Friedlander;

    It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed; it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         July 21, 2015

                                    _____
                                    THE HONORABLE KEVIN NATHANIEL FOX
                                    United States Magistrate Judge
                                    Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 1 2015



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2015

**BY HAND**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Gery Shalon et al.*, 15 Cr. 333

Dear Judge Fox:

    A grand jury returned a sealed indictment in the above-referenced action against defendants Gery Shalon, Joshua Samuel Aaron, and Ziv Orenstein. Shalon and Orenstein have been arrested, and Aaron remains at large. The sealing of the indictment is no longer necessary to protect the confidentiality of the Government's investigation. Accordingly, the Government respectfully requests that the indictment be unsealed immediately and the case be assigned to a United States District Judge from Wheel C.

    A proposed unsealing order is enclosed for the Court's consideration.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney
                            Southern District of New York

                            Nicole Friedlander
                            Assistant United States Attorney
                            (212) 637-2211

Enclosure

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

WHEEL C.