GCF5aarC

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,              New York, N.Y.

4              v.                           15 Cr. 333 (LTS)

5    JOSHUA AARON,

6              Defendant.

7    ------------------------------x

8                                           December 15, 2016
                                            11:10 a.m.
9

10   Before:

11                  HON. LAURA TAYLOR SWAIN,

12                                      District Judge

13

14                       APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     BY:  EUN YOUNG CHOI
17        NOAH D. SOLOWIEJCZYK
          Assistant United States Attorneys
18
     BRAFMAN & ASSOCIATES, P.C.
19        Attorney for Defendant
     BY: BENJAMIN BRAFMAN
20       JACOB KAPLAN

21

22

23

24

25

GCF5aarC

1       (Case called)

2       MS. CHOI:  Good morning, your Honor.  Eun Young Choi

3   and Noah Solowiejczyk for the government.  With us at counsel

4   table is Special Agent Jonathan Luca with the FBI.

5       AGENT LUCA:  Good morning, your Honor.

6       MS. CHOI:  And special Agent, Christopher Rasor with

7   the United States Secret Service.

8       AGENT RASOR:  Good morning.

9       THE COURT:  Good morning, Ms. Choi; Mr. Solowiejczyk.

10      MR. SOLOWIEJCZYK:  Solowiejczyk, your Honor.

11      THE COURT:  Solowiejczyk.  I will work on that.

12      MR. SOLOWIEJCZYK:  That was a good effort.

13      THE COURT:  Special Agent Luca and April Special Agent

14  Rasor.

15      MR. BRAFMAN:  Good morning, your Honor.  Benjamin

16  Brafman and Jacob Kaplan for Mr. Aaron who is present.

17      THE COURT:  Good morning, Mr. Brafman, Mr. Aaron, and

18  Mr. Kaplan.  Please, be seated.

19      Ms. Choi -- Mr. Brafman, did you want to give me the

20  status?

21      MR. BRAFMAN:  Yes, I would like that very much, your

22  Honor.  Thank you.

23      Your Honor, we understand that the case that Mr. Aaron

24  is involved in has been adjourned to February 2nd at 11:00

25  a.m., and we would request that we be adjourned to that date as

GCF5aarC

1    well and we are prepared to waive speedy trial issues from this

2    date until that date.

3          I just want to indicate to the Court that Mr. Aaron

4    was arraigned yesterday before Magistrate Judge Francis, he

5    entered a plea of not guilty, and we waived a bail application

6    at that time and we are waiving a bail application today but

7    are reserving our right to revisit the issue at some point in

8    the future.

9          I just want to indicate for the Court that for the

10   past several months Mr. Aaron and his counsel have been working

11   very diligently trying to get him back here.  He turned down an

12   offer of asylum in Russia, he waived his extradition, and with

13   the assistant of the government -- and I thank them for this --

14   were ultimately able to get him released and he flew back -- I

15   think -- yesterday, and we are here today.  So, it is his first

16   appearance but there will be a time when we intend to revisit

17   is the issue of bail, hopefully if we can on consent, and if

18   not then we will alert your Honor well in advance of the

19   application so that the Court isn't surprised by it.

20         THE COURT:  Thank you.

21         MR. BRAFMAN:  You are welcome, your Honor.

22         THE COURT:  I appreciate all of that and all of that

23   information.

24         Mr. Choi, what arrangements have you in place for

25   discovery?

GCF5aarC

1          MS. CHOI:  Yes, your Honor.

2          I have spoken with defense counsel.  As I think I have

3   represented to the Court previously at court conferences,

4   discovery in this case is voluminous, it involves many

5   terabytes of data.  We will ask defense counsel for hard

6   drives, as is the normal course, in order to produce that

7   evidence to him for his review.  We can get that process

8   started relatively quickly and I think we will be in a good

9   spot by February with regard to that.

10          THE COURT:  And what are the arrangements for allowing

11   Mr. Aaron to see discovery in the facility?

12          MS. CHOI:  Your Honor, generally speaking, we can work

13   that out with defense counsel or the facility directly.  In

14   certain cases they request that they have the capacity to

15   review, in which case we can produce a hard drive to the MDC

16   which is where I think he is presently for his review, but we

17   will work that out with defense counsel.  If there are any

18   issues I think we can resolve them without the Court's

19   intervention.

20          THE COURT:  All right.  That's always welcome.

21          Is there anything further that the government believes

22   I should know at this point?

23          MS. CHOI:  No, your Honor.

24          I think we will reserve any further comment about

25   this.  If the Court has any questions, obviously we can answer

1    them, but if there is a future bail application we will

2    evaluate that when defense counsel brings it to our attention

3    and if can he can't resolve it between the two of us, we will

4    take it to the Court.

5                  THE COURT:  So, just to confirm, am I correct in

6    understanding that Mr. Aaron was arraigned as well as presented

7    yesterday?

8                  MS. CHOI:  Correct, your Honor.

9                  MR. BRAFMAN:  That's correct, your Honor.

10                 THE COURT:  Very good, then.

11                 And so we already have I think in place, a speedy

12   trial exclusion to February 2nd, but for completeness, since

13   Mr. Aaron is in this case now, is there request for exclusion?

14                 MS. CHOI:  Yes, your Honor.  I believe that's right.

15   Under 18 U.S.C. 3161, because he is presently joined with his

16   co-defendants time is already excluded.  But, just to complete

17   the loop and in an abundance of caution, the government would

18   ask for an exclusion of time between now and February 2nd in

19   order to allow the government to begin production of discovery

20   to the defense, for the defense to begin its review, and for

21   there to be any preliminary talks with regard to resolution of

22   this case.

23                 MR. BRAFMAN:  Your Honor, that would be on consent.

24                 THE COURT:  Very well.

25                 The application, on consent, is granted.  I find that

GCF5aarC

1    the ends of justice served by the granting of an exclusion from

2    speedy trial computations for the period from today's date

3    through February 2nd, 2017, weigh the best interests of the

4    public and the defendant in a speedy trial for the reasons

5    summarized by Ms. Choi.  Accordingly, the time period is

6    excluded prospectively.

7            Is there anything else that we should take up together

8    this morning?

9            MS. CHOI:  Not from the government, your Honor.  Thank

10   you.

11           MR. BRAFMAN:  Not from defense, your Honor.  Thank you

12   very much.

13           THE COURT:  Keep well, everyone, and I will look

14   forward to seeing you in February.

15           MR. BRAFMAN:  Happy holidays, your Honor.

16           THE COURT:  Happy holidays.

17                              o0o

18

19

20

21

22

23

24

25